AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00487 |
| Jennifer Peck Buteau | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 06/21/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jennifer Peck Buteau                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   06/22/2021

2021.06.22 15:16:54 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/22/2021, and the person was arrested on *(date)* 06/23/2021
at *(city and state)* Ocala, Florida.

Date: 06/23/2021

*Arresting officer's signature*

Jose L. Meneses / Special Agent
*Printed name and title*