UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-489-RDM |
| | : | |
| JAMIE N. BUTEAU and | : | |
| JENNIFER P. BUTEAU, | : | |
| | : | |
| Defendants | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendants, by and with the consent of attorneys, Joseph Conte and Douglas Stamm (collectively, "the Parties"), respectfully submits this status report, as directed by the Court, and state as follows:

1. On July 23, 2021, the defendant was charged by way of Indictment. Specifically, Jamie N. Buteau was charged with the following: (Count One) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (Count Two) Assaulting, Resisting and Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Five) Engaging in Physical Violence in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(4); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (Count Seven) Act of Physical Violence in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(F); and (Count Eight) Parading Demonstrating or Picketing in a

Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G). Jennifer P. Buteau was charged with the following: (Count Three) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Four) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Six) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading Demonstrating or Picketing in a Capitol Building, in violation of Title 40 U.S.C. § 5104(e)(2)(G).

2. One November 1, 2021, a Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

3. On April 21, 2022, another Superseding Indictment charging the same violations listed in Paragraph 1 was filed with this Court.

4. On July 8, 2022, undersigned Government counsel, Christopher M. Cook, entered his appearance on behalf of the United States.

5. Discovery in this matter is ongoing; government counsel has provided the discovery specific to the Defendants' case to defense counsel. There are also ongoing global discovery productions for this case.

6. A plea offer has been extended to the defendants in this case, and the defendants have expressed a desire to take this case to trial. Accordingly, the parties request that the Court set a trial date to begin on or about April 24, 2022, and respectfully request a status conference for on or about December 5, 2022, to set a motions schedule.

7. The parties have also agreed, and jointly request the Court to exclude related time from the Speedy Trial Act from the date of this filing, until the next status conference.

Respectfully Submitted,


MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant U.S. Attorney (detailed)
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
christopher.cook5@usdoj.gov
 KS ID No. 23860




/s/ *Douglas Stamm*
DOUGLAS STAMM
Federal Public Defender
Middle District of Florida
203 East Silver Springs Blvd.
Suite 202
Ocala FL 34470


/s/ *Joseph R. Conte*
JOSEPH R. CONTE
8251 NW 15th Court
Coral Springs, FL 33071