UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>JAMIE N. BUTEAU and JENNIFER P. BUTEAU,<br><br>  *Defendant*. | Criminal Action No. 21-cr-489 (RDM) |

## ORDER

Upon consideration of Defendants' motions for payment of travel expenses, Dkt. 45; Dkt. 46, it is hereby **ORDERED** that the motions are **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that the U.S. Marshals Service shall provide Mr. Buteau and Ms. Buteau with travel and related expenses from Ocala, Florida to Washington, D.C. 18 U.S.C. § 4285 does not authorize the Court to order the U.S. Marshals Service to pay for either Defendant's return travel after the conclusion of the relevant hearing.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: June 22, 2023