IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-489 |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| JENNIFER P. BUTEAU, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **JENNIFER P. BUTEAU,** with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Jennifer P. Buteau's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Jennifer P. Buteau lives in Florida. The defendant traveled with her husband and co-defendant, Jamie N. Buteau, from her home in Florida to Washington, D.C., to protest the results of the 2020 Presidential Election and Congress' certification of the Electoral College Vote.

9. The defendant entered the U.S. Capitol through the Senate Wing Door at approximately 2:25 P.M. Before entering, defendant spent time in the crowd on the west side of the U.S. Capitol building and observed members of the crowd confronting law enforcement as police officers tried to keep the crowd away. The defendant eventually went up to the Senate Wing Door and entered the building with a crowd of rioters after the door had been breached by other rioters and an adjacent window had been broken.

10. At approximately 2:29 P.M. the defendant entered the elevator lobby between the Crypt and the Capitol Visitors Center. While in the Elevator Lobby, U.S. Capitol Police Officers were trying in vain to hold back the rioting mob. After being overwhelmed by the crowds, law enforcement officers attempted to flee from rioters by running under closing doors that would have protected the officers and separated the elevator lobby from the Capitol Visitors Center.

11. As the doors were closing, the defendant's husband, Jamie Buteau picked up a chair and threw it at U.S. Capitol Police Officers, including at U.S. Capitol Police Officer C.N. The chair bounced off a wall and hit Officer C.N. in the arm. Meanwhile, other rioters charged after U.S. Capitol Police officers and held open the doors that would have blocked the rioters.

12. U.S. Capitol Police Officers, including C.N. were overwhelmed by the rioting crowd, and were unable to seal themselves off from the crowd and retreated down a set of escalators toward the Capitol Visitors Center. Rioters continued throwing chairs and other objects at the officers as they retreated.

13. The defendant and Jamie N. Buteau then walked through the U.S. Capitol, including though the Capitol Visitor Center, upper orientation lobby, and Crypt before exiting through the House Wing Door at approximately 2:45 P.M.

### *Elements of the Offense*

14. Jennifer P. Buteau knowingly and voluntarily admits to all the elements of Parading, Demonstrating, or Picketing in a Capitol Building. Specifically, Jennifer P. Buteau admits that she willfully and knowingly entered the U.S. Capitol Building knowing that she did not have permission to do so. Jennifer P. Buteau further admits that while inside the Capitol, she willfully and knowingly paraded, demonstrated, or picketed.

        Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:   */s/ Melanie Krebs-Pilotti*
                Melanie Krebs-Pilotti
                Trial Attorney Detailed to the D.C. U.S.
                Attorney's Office
                CA Bar No. 241484

                Carolina Nevin
                Assistant United States Attorney
                NY Bar No. 5226121

## DEFENDANT'S ACKNOWLEDGMENT

I, Jennifer P. Buteau, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/19/23

*Jennifer L. Buteau*
Jennifer P. Buteau
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____

Joseph R. Conte
Digitally signed by Joseph R. Conte
Date: 2023.05.22 08:00:15 -04'00'

Joseph R. Conte, Esq.
Attorney for Defendant