# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JENNIFER BUTEAU<br><br>           Defendant. | Case No.: 1:21-cr-00489 -002 RD,<br><br>**MOTION TO VACATE DOCKET ENTRY #74 AND STRIKE FROM THE DOCKET** |

COMES NOW, Jennifer Buteau, through counsel Joseph R. Conte, to respectfully request this honorable court to vacate docket entry #74 and strike from the docket. As grounds for this motion counsel would state that the exhibit contains attorney/client communications which should not be on the public docket and counsel will file an amended filing.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: November 14, 2023

*United States v. Jennifer Buteau*
Case #1:21-cr-00489-002 RDM
Motion to Vacate Docket Entry #74 and Strike from the Docket
Page No. 1
VACATE 23/11/14 09:00:45

Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email: dcgunlaw@gmail.com

        Respectfully submitted,

*[signature: Joseph R. Conte]*
_____
Joseph R. Conte, Bar #21979
Counsel for Jennifer Buteau
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:	202.236.1147
E-mail:	dcgunlaw@gmail.com

*United States v. Jennifer Buteau*
Case #1:21-cr-00489-002 RDM
Motion to Vacate Docket Entry #74 and Strike from the Docket
Page No. 2
VACATE 23/11/14 09:00:45

Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com